■ KARI ANN FULL, Individually and as Permanent Guardian of SHANE D. FULL, Appellant, v MONROE COUNTY SHERIFF'S DEPARTMENT et al., Respondents, et al., Defendant. (Appeal No. 2.) [54 NYS3d 920]—Appeal from an amended order of the Supreme Court, Monroe County (J. Scott Odorisi, J.), entered November 18, 2015. The amended order granted the motions of defendants-respondents for summary judgment and dismissed the complaint against defendants-respondents.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Full v Monroe County Sheriff's Dept.* ([appeal No. 3] 152 AD3d 1237 [2017]). Present—Whalen, P.J., DeJoseph, Curran and Winslow, JJ.